IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02715-WYD-KLM

CHANEL, INC.,

    Plaintiff,

v.

PRO SKILLS ENTERPRISES, LLC, d/b/a CHANEL FLORAL & GIFTS;
MARK SPIVEY, d/b/a CHANEL FLORALS & GIFTS; and
MAKHAILA SPIVEY, d/b/a CHANEL FLORALS & GIFTS,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Vacate Current Discovery and Settlement Deadlines Pending Decision on Plaintiff's Motion for Default [Docket No. 11; Filed February 27, 2008] (the "Motion"). Although the Motion's title purports to request that the Court vacate discovery and settlement deadlines, the actual purpose of the Motion is to request that the Court vacate the Scheduling Conference pending a determination on Plaintiff's Motion for Default [Docket No. 9]. The Court notes that the Motion for Default has not been referred to the Magistrate Judge.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. The Scheduling Conference set for March 6, 2008 at 9:30 a.m. is **vacated**. However, because it is not the Court's practice to stay the conference indefinitely, the Scheduling Conference is **RESET** to **June 11, 2008 at 9:30 a.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **June 6, 2008.**

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **June 6, 2008.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge

Mix' Orders."

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.


Dated: February 28, 2008